# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A UNITED STATES POSTAL SERVICE PARCEL,<br>MORE FULLY DESCRIBED IN ATTACHMENT A. | ) <br> ) <br> ) Case No. 3:19-MJ-2100<br> ) <br> ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A.

located in the ___EASTERN___ District of ___TENNESSEE___, there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846. | Possession with the intent to distribute a controlled substance; and conspiracy to possess with the intent to distribute a controlled substance. |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Wendy Boles*
Applicant's signature

WENDY G. BOLES, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 7-16-19

*Bruce Guyton*
Judge's signature

City and state: Knoxville, TN

H. BRUCE GUYTON, U.S. Magistrate Judge
Printed name and title